# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  93-cr-00007-EWN |
| RONALD FONTENOT | USM Number:  24416-013 |
| | Scott Poland, Appointed <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 2 through 7 as alleged in petition, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Submit Written Reports | 08/2006 |
| 3 | Falsifying Written Reports | 08/2006 |

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violation 1 and is discharged as to such violation.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

September 26, 2007
Date of Imposition of Judgment

s/ Edward W. Nottingham
Signature of Judge

Edward W. Nottingham, U.S. District Judge
Name & Title of Judge

October 9, 2007
Date

DEFENDANT: RONALD FONTENOT
CASE NUMBER: 93-cr-00007-EWN                                                                 Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | Failure to Work Regularly | 08/2006 |
| 5 | Failure to Notify Officer of Change in Address | 09/2006 |
| 6 | Failure to Refrain from Restricted Employment | 08/04/05 |
| 7 | Violation of the Law | 05/04/06 |

DEFENDANT: RONALD FONTENOT
CASE NUMBER: 93-cr-00007-EWN                                              Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months, to run consecutive with the custodial sentenced imposed in Docket No. 06-cr-00244.

The court recommends that the Bureau of Prisons designate the defendant to FCI Englewood, for service of sentence.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal