# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| RONALD FONTENOT ) | Case No: 93-cr-00007-EWN-01 |
| ) | USM No: 24416-013 |
| Date of Previous Judgment: October 9, 2007 ) | Marc Milavitz, Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

X  DENIED.   ❒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 26 | Amended Offense Level: | |
| Criminal History Category: | V | Criminal History Category: | |
| Previous Guideline Range: | 120 to 137 months | Amended Guideline Range: | ____ to ____ months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
   Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  October 9, 2007, shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  September 18, 2008                                   s/ Edward W. Nottingham
                                                                  Judge's signature

Effective Date: _____                          Edward W. Nottingham, Chief U.S. District Judge
       (if different from order date)                              Printed name and title